KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD WILLIAM HART<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>      Defendant. | Case # 1:14-CV-00486-SAB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Confidential memo with opposing counsel.

     Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to review the record and draft the confidential memo. Plaintiff requests an extension of time to

Page 1    MOTION
         [1:14-CV-00489-SAB]

October 28, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated October 16, 2014:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Dellert Baird Law Offices, PLLC
                               PO Box 3757
                               Silverdale, WA 98383
                               (360) 329-6968
                               Attorney for Plaintiff

Dated October 16, 2014:        s/ KELSEY M. BROWN for Jean Turk
                               JEAN TURK
                               (per e-mail authorization)
                               Special Assistant U.S. Attorney
                               Office of the General Counsel

                               Of Attorneys for Defendant


                               ORDER

        The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter

brief is now due on October 28, 2014. The Court's Scheduling Order (Doc. 6) is modified

accordingly.


IT IS SO ORDERED.

Dated:   **October 17, 2014**
                               _____
                               UNITED STATES MAGISTRATE JUDGE


Page 2      MOTION                              Dellert Baird Law Offices, PLLC
            [1:14-CV-00489-SAB]                              PO Box 3757
                                                         Silverdale, WA 98383
                                                           (360) 329-6968