KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD WILLIAM HART<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 1:14-CV-00486-SAB<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief with the court.

      Counsel for the Plaintiff has a severely heavy caseload with five briefs due in the same 2 day span and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires an additional 12 days to review the record and draft Opening

Page 1   MOTION
       [1:14-CV-00486-SAB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

Brief. The Brief is currently due on January 1, 2015. Plaintiff requests an extension of time to January 12, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated December 30, 2014:	/s/ Kelsey M Brown
	KELSEY MACKENZIE BROWN CA #263109
	Dellert Baird Law Offices, PLLC
	PO Box 3757
	Silverdale, WA 98383
	(360) 329-6968
	Attorney for Plaintiff

Dated December 31, 2014:	s/ KELSEY M. BROWN for Jean Turk
	JEAN TURK
	(per e-mail authorization)
	Special Assistant U.S. Attorney
	Office of the General Counsel

	Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on January 12, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **December 31, 2014**	_____
	UNITED STATES MAGISTRATE JUDGE

Page 2     MOTION
           [1:14-CV-00486-SAB]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968