# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAM HART,

     Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

Case No.  1:14-cv-00486-SAB

ORDER RE STIPULATION FOR
EXTENSION OF TIME

(ECF No. 20)

On March 4, 2015, the parties to this action filed a stipulation extending time for Plaintiff to file his reply brief to March 6, 2015.  On March 6, 2015, Plaintiff filed a reply.  Accordingly, pursuant to the stipulation of the parties, Plaintiff reply brief filed March 6, 2015, is deemed timely.

IT IS SO ORDERED.

Dated: __ **March 13, 2015** __

_____
UNITED STATES MAGISTRATE JUDGE

1