IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WILLIAM HART,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Civil No. 1:14-cv-00486-SAB<br><br><br>ORDER ON STIPULATION FOR ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) in the amount of $4,000.00 plus costs in the amount of $0, as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:   **July 6, 2015**

_____
UNITED STATES MAGISTRATE JUDGE